DAVID L. SKELTON  #96250
CHAPTER 13 TRUSTEE
600 B STREET, SUITE 2000
SAN DIEGO, CA 92101-4507

FILED PT

2003 FEB -6 AM 9: 43

CLERK
U.S. BANKRUPTCY CT
SO DIST. OF CALIF

Rect /68372

UNITED STATES BANKRUPTCY COURT
Southern District of California

IN RE ) CASE NO. 0112056-B13
)
   AMPARO VALENCIA ) UNDISTRIBUTED FUNDS
   1361 W SAN YSIDRO BLVD )
   SAN DIEGO CA )
                              92173 )
                                    )

TO THE CLERK, BANKRUPTCY COURT:

TRANSMITTED HEREWITH IS A CHECK IN THE AMOUNT FOR DEPOSIT INTO THE COURT
REGISTRY AS UNCLAIMED PROPERTY FOR THE ABOVE REFERENCED CHAPTER 13 CASE.

DISPOSITION OF CASE: ABOUT TO COMPLETE

EXPLANATION OF SOURCES:
     Creditor cannot identify.

NAME OF PAYEE ON UNCLAIMED CHECK:                    AMOUNT:

     CALIF HOUSING FINANCE AGENCY                    8,699.74
     5024 PARKWAY PLAZA BLVD BLDG 7
     MAIL STATION X5401-014
     CHARLOTTE NC              28217

I hereby certify under penalty of perjury that if valid addresses were
avaliable, a true copy of this was served on the Debtor(s), his attorney
of record, and Payee at the addresses as they appear herein.

SERVED:   [X]DEBTOR(S)    [X]ATTORNEY    [X]PAYEE

DATED: January 29, 2003

_____
Clerk for the Office of
DAVID L. SKELTON, CHAPTER 13 TRUSTEE

     JOHN C COLWELL #118532
     411 BROADWAY #203
     SAN DIEGO CA
                         92101